MICHAEL B. HORROW (SBN 162917)
JOHN P. WORGUL (SBN 259150)
DONAHUE & HORROW, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorrow@donahuehorrow.com
Email: jworgul@donahuehorrow.com

Attorneys for Plaintiff
NANCY GRIFFITH, M.D.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY GRIFFITH, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY and, DOES 1 through 10, inclusive, <br><br> Defendant. | Case No.: 2:14-CV-08275-BRO-JCx <br><br> **NOTICE OF SETTLEMENT** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

///
///
///
///
///
///

Case No.: 2:14-CV-08275-BRO-JCx          – 1 –

NOTICE OF SETTLEMENT

1
2
3
4
5
6

PLEASE TAKE NOTICE that the parties to the above-entitled action have reached a settlement which disposes of this matter in its entirety.  The parties are in the process of finalizing the settlement documents and they anticipate that they will be in a position to file a stipulation for dismissal of all claims against all parties, with prejudice, within the next 30 days.

7
8

DATED: March 24, 2015                    DONAHUE & HORROW, LLP

9
10
11
12

                                           _/s/ Michael B. Horrow_____
                                           MICHAEL B. HORROW
                                           Attorneys for Plaintiff

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DONAHUE & HORROW, LLP