Gail E. Cohen (093210), gcohen@mail.hinshawlaw.com
Ophir Johna (228193), ojohna@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
Provident Life and Accident
Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY GRIFFITH, M.D., | CASE NO.: 2:14-CV-08275-BRO-JC |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | [FRCP 41(a)(1)] |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY and DOES 1 through 10, inclusive, | [Filed Concurrently [Proposed] Order] |
| Defendants. | Complaint Filed: September 24, 2014 |

36036976v1 0964304

Pursuant to Federal Rule of Civil Procedure Rule 41(a), and following the settlement of this matter, Plaintiff Nancy Griffith, M.D; and Defendant Provident Life and Accident Insurance Company, by and through their respective attorneys of record, hereby stipulate that this entire action shall be dismissed with prejudice. The parties further stipulate that each party to bear her or its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: April 23, 2015						DONAHUE & HORROW LLP

							By: /s/ Michael B. Horrow
								MICHAEL B. HORROW
								JOHN P. WORGUL
								Attorneys for Plaintiff Nancy
								Griffith. M.D.

Dated: April 23, 2015						HINSHAW & CULBERTSON LLP

							By: /s/ Gail E. Cohen
								GAIL E. COHEN
								OPHIR JOHNA
								Attorneys for Defendant Provident
								Life and Accident Insurance
								Company