JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY GRIFFITH, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 2:14-CV-08275-BRO-JC <br><br> **ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE** <br><br> [FRCP 41(a)(1)] <br><br> [Filed Concurrently Stipulation] <br><br> Complaint Filed: September 24, 2014 |

36036978v1 0964304

# **ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 27, 2015

_____
JUDGE, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

36036978v1 0964304